FRANCO & FRANCO
Attorneys at Law
55 Madison Avenue
Suite 400
Morristown, New Jersey 07960
973.285.3223
Attorneys for Plaintiff
(RF 7749)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CROWN FINANCIAL SOLUTIONS, LLC.
improperly plead as CROWN
FINANCIAL SERVICES

        PLAINTIFF,

vs.

VARGAS REALTY and
HENRY VARGAS, individually, and
CFA CAPITAL PARTNERS, LLC.

        DEFENDANTS.

Civil Action
Case No.:2: 07-5153 (DMC)

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

    TO: MR. HENRY VARGAS, Individually
        186-06 Powells Cove Boulevard
        Beechhurst, New York 11357

        VARGAS REALTY and HENRY VARGAS, Individually
        c/o Mitchell Cantor
        Attorney at Law
        470 Park Avenue, 12th Floor
        New York, New York 10016

        CFA CAPITAL PARTNERS, LLC.
        Kilstein & Kilstein, L.L.C.
        Attorneys at Law
        Attn: Richard J. Kilstein, Esq.
        River Drive Center 3
        611 River Drive, Suite 320
        Elmwood Park, New Jersey 07407

PLEASE TAKE NOTICE that the undersigned, FRANCO & FRANCO, Attorneys at Law, Robert A. Franco, Esq., appearing as attorney for the Plaintiff, Crown Financial Solutions, LLC., will apply to this Court for an Order granting Summary Judgment against the Defendants, Vargas Realty and Henry Vargas, Individually, at the Federal District Court located at the United States District Court House, District of New Jersey, Martin Luther King, Jr. Federal Building and Court House, 50 Walnut Street, Newark, New Jersey for an Order:

(1) Granting the Plaintiff Summary Judgment against the Defendants, Vargas Realty and Henry Vargas, Individually and further;

(2) Granting statutory interest, costs, attorney's fees and such other relief as may be appropriate.

The Plaintiff will rely on the Certifications made a part, hereof, in support to the Plaintiff's Motion attached hereto.

Date: March 19, 2012

FRANCO & FRANCO
Attorneys for Plaintiff

_____
Robert A. Franco, Esq.