NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CLOSED

| | |
|---|---|
| CROWN FINANCIAL SOLUTIONS, LLC, improperly plead as CROWN FINANCIAL SERVICES<br><br>Plaintiff,<br><br>v.<br><br>VARGAS REALTY, HENRY VARGAS, and CFA CAPITAL PARTNERS, INC.,<br><br>Defendants. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 07-5153(DMC)(MF) |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon a motion for summary judgment by Crown Financial Solutions ("Plaintiff") filed March 22, 2012 (ECF No. 59). Pursuant to Federal Rule Civil Procedure 78, no oral argument was heard. After considering all submissions and based upon the following;

**WHEREAS** this action commenced on October 26, 2007;

**WHEREAS** the instant motion for summary judgment is unopposed;

**WHEREAS** the testimony Defendant Henry Vargas ("Vargas") establishes a consulting agreement between Plaintiff and Defendant;

**WHEREAS** Defendant has breached his contractual obligations by failing to compensate Plaintiff;

**WHEREAS** summary judgment is granted only if all probative materials of record, viewed with

all inferences in favor of the non-moving party, demonstrate that there is no genuine issue of material fact and that the movant is entitled to judgment as a matter of law. See FED. R. CIV. P. 56(c); Celotex Corp. v. Catrett, 477 U.S. 317, 330 (1986);

**WHEREAS** there is no genuine issue of material fact as to the existence of a contract between the parties;

IT IS on this 4 day of October, 2012;

**ORDERED** Plaintiff's motion for summary judgment is **granted**.

_____
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:         Honorable Mark Falk
            All Counsel of Record
            File